# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



8:18 am, 7/24/20

**Margaret Botkins**
**Clerk of Court**

PEYSON TRANSPORT, LLC

                              Plaintiff,

vs.                                        Case Number: 20-CV-33-S

B&M SAND AND GRAVEL, INC., et al.      Interpreter Needed: No

                            Defendant.   Setting or Resetting: Setting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin's Chambers | Kelly H. Rankin, Chief United States Magistrate Judge |
|  | Date and Time: |
|  | August 10, 2020 at 8:30 a.m. |

Type of Proceeding:

### SETTLEMENT CONFERENCE VIA VIDEO CONFERENCE

Settlement Conference to be held via Zoom video.  The Court will send a meeting invitation to all parties a few days prior to the conference.

                                                                Margaret Botkins
                                                                 Clerk of Court

Dated this 24th day of July, 2020.              Zachary Fisher /s/
                                                                  Deputy Clerk

TO:

Counsel of Record

Court Reporter